IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CAROLYN F. RAMSEY,<br>*Plaintiff,*<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>*Defendant.* | CIVIL ACTION NO. 3:10-CV-21<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. In a report and recommendation, filed on April 18, 2011, (docket no. 24) Judge Crigler recommends that Plaintiff's motion for summary judgment (docket no. 15) be granted, and that the case be remanded to the Commissioner for further proceedings. As the Commissioner has not timely filed any objections, the report and recommendation is hereby ADOPTED in full, the Plaintiff's motion for summary judgment is GRANTED, and the case is REMANDED to the Commissioner for proceedings consistent with the report and recommendation.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record, and to strike the case from the active docket of the court.

Entered this  6th   day of May, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1